640 A.2d 412

**Frederick C. BROWN, individually and t/a F.C. Brown Associates; Pennsylvania Independent Petroleum Producers; Pennsylvania Vocational Agriculture Teachers Association; and Planned Parenthood Pennsylvania Advocates, Appellants,**

v.

**COMMONWEALTH of Pennsylvania, Department of Revenue of the Commonwealth of Pennsylvania; Department of Justice, Office of Attorney General of the Commonwealth of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued April 6, 1994.

Decided April 22, 1994.

James G. Nealon, III, Harrisburg, for F.C. Brown, et al.

R. Douglas Sherman, John G. Knorr, III, Harrisburg, for Com.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Order affirmed.

Mr. Justice MONTEMURO is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94

R1800, due to the unavailability of Mr. Justice LARSEN, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.